# UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS

———————————

**No. ACM S32681**

———————————

**UNITED STATES**
*Appellee*

**v.**

**Luis J. LOPEZ**
Senior Airman (E-4), U.S. Air Force, *Appellant*

———————————

Appeal from the United States Air Force Trial Judiciary

Decided 25 January 2022

———————————

*Military Judge:* Elizabeth M. Hernandez.

*Sentence:* Sentence adjudged on 21 December 2020 by SpCM convened at Dyess Air Force Base, Texas. Sentence entered by military judge on 5 January 2021: Bad-conduct discharge, confinement for 4 months, reduction to E-1, and a reprimand.

*For Appellant:* Major Matthew L. Blyth, USAF.

*For Appellee*: Lieutenant Colonel Matthew J. Neil, USAF; Mary Ellen Payne, Esquire.

Before KEY, ANNEXSTAD, and MEGINLEY, *Appellate Military Judges.*

———————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 30.4.**

———————————

PER CURIAM:

The findings and sentence as entered are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(d), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(d)

(*Manual for Courts-Martial, United States* (2019 ed.)). Accordingly, the findings and sentence are **AFFIRMED**.

FOR THE COURT

CAROL K. JOYCE
Clerk of the Court